ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| RODRIGO JESUS RINCON, | ) |
| Petitioner, | ) |
| v. | ) CV 309-099 |
| WALT WELLS, Warden, | ) |
| Respondent. | ) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.[1] Therefore, the instant petition filed pursuant to 28 U.S.C. § 2241 is **DENIED**, this civil action is **CLOSED**, and a final judgment shall be **ENTERED** in favor of Respondent.

SO ORDERED this 3rd day of March, 2011, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

---

[1] Petitioner filed a motion for discovery requesting various documents related to the prisoner meal monitoring data at McRae Correctional Facility. (Doc. no. 18.) An identical motion by Petitioner was previously denied by the Magistrate Judge due to Plaintiff's failure to show a specific need for the documents. (Doc. no. 11.) Additionally, Petitioner's argument that his due process rights were violated because he was unable to present information from the requested documents during his disciplinary hearings was directly rejected in the Report and Recommendation that is now the opinion of this Court. (Doc. no. 15, pp. 8-9.) Therefore, Petitioner's motion for discovery (doc. no. 18) is **DENIED**.